**AMERICAN CHEMISTRY COUNCIL, et al., Petitioners**

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent**

**Council of Industrial Boiler Owners, et al., Intervenors**

No. 13-1258
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/20/2016

David M. Friedland, Beveridge & Diamond, P.C., Leslie A. Hulse, American Chemistry Council, James Samuel Pew, Neil Gormley, Attorney, Earthjustice, Harry Moy Ng, John P. Wagner, Senior Attorney, American Petroleum Institute, Peter H. Wyckoff, Jeffrey A. Knight, Pillsbury Winthrop Shaw Pittman LLP, Lisa Marie Jaeger, Bracewell LLP, William L. Wehrum, Jr., Hunton & Williams LLP, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Rachel Lee Brand, U.S. Chamber Litigation Center, Washington, DC, David Bookbinder, Law Office of David Bookbinder, Accokeek, MD, for Petitioners.

Norman Louis Rave, Jr., Perry M. Rosen, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Washington, DC, for Respondent.

Lisa Marie Jaeger, Bracewell LLP, Peter H. Wyckoff, Pillsbury Winthrop Shaw Pittman LLP, Neil Gormley, Attorney, James Samuel Pew, Earthjustice, William L. Wehrum, Jr., Scott Jordan Stone, Hunton & Williams LLP, Rachel Lee Brand, Sheldon Gilbert, Associate Chief Counsel, U.S. Chamber Litigation Center, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Washington, DC, Sanjay Narayan, Sierra Club, San Francisco, CA, for Intervenors for Respondent.

**ORDER**

Upon consideration of the court's order filed October 31, 2016, directing petitioners to notify the court if they wished to pursue their claims; the motion for voluntary dismissal filed by petitioners Sierra Club, Clean Air Council, Partnership for Policy Integrity, Environmental Integrity Project, and Louisiana Environmental Action Network; the motion for voluntary dismissal filed by petitioners Council of Industrial Boiler Owners, American Chemistry Council, American Wood Council, American Forest and Paper Association, Southeastern Lumber Manufacturers Association, Corn Refiners Association, National Association of Manufacturers, Rubber Manufacturers Association, and the

Chamber of Commerce; and the lack of any response to the court's order by the remaining petitioners, it is

**ORDERED** that the motions be granted, and this case be dismissed.

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.